NEWMEYER & DILLON LLP

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>MBK HOMES, LTD, a California limited partnership; ILLINOIS UNION INSURANCE COMPANY, an Illinois corporation; CNA INSURANCE COMPANIES, INC., a Delaware corporation; FIREMAN'S FUND INSURANCE, a California corporation; EVEREST NATIONAL INSURANCE COMPANY, a Delaware corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; ZURICH INSURANCE, a New York corporation; ZURICH SPECIALTIES LONDON, a United Kingdom corporation; and DOES 1 through 10 inclusive,<br><br>            Defendants. | CASE NO.:   2:11-CV-09326 –PSG (CWX)<br>JUDGE:   Hon. Philip S. Gutierrez<br>MAGISTRATE: Hon. Carla Woehrle<br><br>**PROTECTIVE ORDER RE STIPULATED CONFIDENTIALITY AGREEMENT**<br><br>FILE DATE:           November 9, 2011<br>DISCOVERY CUTOFF:  November 13, 2012<br>PRETRIAL CONFERENCE: February 4, 2013<br>TRIAL DATE SET:     February 19, 2013 |

3175269.1

[PROPOSED] PROTECTIVE ORDER RE STIP. CONFIDENTIALITY AGREEMENT
2:11-CV-09326-PSG (CWX)

| | |
|---|---|
| 1 | MBK HOMES SOUTHERN CALIFORNIA, LTD., |
| 2 | |
| 3 | Counterclaimant, |
| 4 | vs. |
| 5 | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, ST. PAUL MERCURY INSURANCE COMPANY and ROES 1 through 10, |
| 8 | Counterdefendants. |

## ORDER

Having reviewed the Stipulated Confidentiality Agreement, and good cause appearing, the Court hereby approves all of the terms contained in the Stipulated Confidentiality Agreement attached hereto as Exhibit 1.

**IT IS HEREBY ORDERED:**

Dated: June 12, 2012

*Carla M. Woehrle*

Hon. Carla Woehrle